IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )        4:03CR196
                             )
     v.                      )
                             )
JEREMY WALKER,               )        ORDER
                             )
              Defendant.     )
_____)
```

　　　　IT IS ORDERED that a hearing on plaintiff's motion for Rule 35 (Filing No. 37) is scheduled for:

**Thursday, September 8, 2005, at 10:15 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  Defendant need not be present.

　　　　DATED 2nd day of September, 2005.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　/s/ Lyle E. Strom
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LYLE E. STROM, Senior Judge
　　　　　　　　　　　　　　　　United States District Court